**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:     (406) 657-6101
FAX:         (406) 657-6989
Email:       Lori.Suek@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
OCT 18 2018
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENICA D. PASSES,<br><br>Defendant. | CR 18-124-BLG-SPW<br><br>INDICTMENT<br><br>THEFT OF GOVERNMENT PROPERTY<br>(Count I)<br>Title 18 U.S.C. § 641<br>(Penalty: Ten years imprisonment, 250,000 fine, and three years of supervised release)<br><br>MISAPPROPRIATION OF POSTAL FUNDS<br>(Count II)<br>Title 18 U.S.C. § 1711<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

1

## COUNT I

That beginning on or about February 16, 2018, and continuing until on or about February 20, 2018, at Crow Agency, in Bighorn County, in the State and District of Montana, the defendant, JENICA D. PASSES, knowingly stole and converted to her use, money that was the property of any agency of the United States, of a value in excess of $1,000, in violation of 18 U.S.C. § 641.

## COUNT II

That beginning on or about February 16, 2018, and continuing until on or about February 20, 2018, at Crow Agency, in Bighorn County, in the State and District of Montana, the defendant, JENICA D. PASSES, in the execution of her employment as a Postal Service employee, knowingly converted to her own use money that came into her hands and was under her control in any manner, of a value in excess of $1,000, in violation of 18 U.S.C. § 1711.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

for _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓ 11/8/2018 @ 9am TJC-B/95
Warrant: _____
Bail: _____

2