IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENICA D. PASSES,<br><br>Defendant. | CR 18-124-BLG-SPW<br><br>**ORDER** |

On June 12, 2019, the Court held a detention hearing at which Defendant sought release to attend inpatient chemical dependency treatment at Passages ADT in Billings, Montana. Good cause appearing, IT IS ORDERED:

1. Defendant shall be released from custody temporarily on July 12, 2019 to report directly to Passages ADT in Billings, Montana for inpatient treatment.

2. Defendant shall be released into the custody of her mother, so that her mother may transport Defendant directly to Passages ADT.

3. Defendant must remain at Passages ADT for the entire period of inpatient treatment. Defense counsel shall contact the court prior to Defendant's expected completion date of the program, and the Court will set the matter for a further detention hearing. If Defendant voluntarily leaves the program or is

removed from the program at any time prior to successful completion, Defendant shall immediately report to the U.S. Marshals in Billings, Montana and return to custody.

DATED this 12th day of July, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge