

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENICA D. PASSES,<br><br>Defendant. | CR 18-124-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, JENICA D. PASSES is hereby released from the custody of the U.S. Marshals Service.

DATED this 4th day of May, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1