IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENICA D. PASSES,<br><br>Defendant. | Case No. CR-18-124-BLG-SPW<br><br><br><br>ORDER |

Upon the Defendant's Motion to Continue Revocation Hearing (Doc. 86), and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the revocation hearing presently set for Tuesday, November 23, 2021, at 2:30 p.m., is **VACATED**.

**IT IS FURTHER ORDERED** that the revocation proceedings are **STAYED** pending Defendant's arrest, at which time the Revocation Hearing in the above case will be rescheduled.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 23rd day of November, 2021.

SUSAN P. WATTERS
United States District Judge