IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JENNICA D. PASSES,<br><br>            Defendant. | CR 18-124-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Final Hearing re Revocation of Supervised Release currently scheduled for Thursday, January 27, 2022 at 10:30 a.m. is **VACATED** and **RESET** to commence on **Wednesday, February 2, 2022 at 1:30 p.m.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 24th day of January, 2022.

SUSAN P. WATTERS
United States District Judge

1